■ In the Matter of LEO HUBERT et al. v. RICHARD S. MERIANS et al.— Motion to dismiss appeal denied without prejudice to or passing upon the status of any remedies available to any side under CPLR 5519 (subd. [a], par. 6). Concur — Breitel, J. P., McNally, Stevens and Eager, JJ.

(Republished)

■ HENRIETTA DAVIS, Appellant, v. HALO REALTY CORP. et al., Respondents. — Order, entered on February 24, 1965, unanimously affirmed, with $50 costs and disbursements to the respondents. The order of this court entered on May 10, 1966 (25 A D 2d 951) is vacated. No opinion. Concur — Botein, P. J., McNally, Stevens and Steuer, JJ.

■ MEYER M. ROMICK et al., Doing Business as ROMICK'S INTERNATIONAL TOBACCO CO., Appellants, v. FRIED TRADING CORP. et al., Respondents, and ROMICK'S INTERNATIONAL, INC., Intervenor-Appellant.— Order, entered on the 9th day of May, 1966, unanimously modified on the facts and in the exercise of discretion to permit intervention on condition that plaintiffs pay a full bill of costs to date, including $30 costs and disbursements of this appeal, with leave to defendants to move to set the case down for trial on a day certain; otherwise affirmed. Under the circumstances we believe that intervention should be permitted for the purpose of a proper and expeditious disposition of this case. Concur — Botein, P. J., McNally, Eager, Steuer and Capozzoli, JJ.